# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Petitioner, | ) | |
| | ) | |
| V. | ) | M.B.D. No. 17-91160 - RGS |
| | ) | |
| JACOB GOLDBERG, PRESIDENT, | ) | |
| DR. JACOB GOLDBERG INC., | ) | |
| Respondent. | ) | |

## ORDER ENFORCING INTERNAL
## REVENUE SERVICE SUMMONS

The Petition to Enforce Internal Revenue Service Summons having come before the court

for a hearing on August 22, 2017 and the respondent Jacob Goldberg, President, Dr. Jacob

Goldberg Inc. not having shown any cause why he should not obey the Summons issued to him

on January 24, 2017:

IT IS ORDERED that Jacob Goldberg, President, Dr. Jacob Goldberg Inc. obey the

Summons and appear (with the documents described in the Summons) before Revenue Officer

Steven J. Desantis or any other officer of the Internal Revenue Service authorized to examine the

records and take testimony on or before __Sept. 8, 2017__ at 9 AM at the office of the

Internal Revenue Service, 118 Turnpike Road, Suite 100, Southborough, MA 01772, (508) 357-

7007. Failure to comply with this order shall make the respondent liable for a finding of

contempt of court.

_____
HONORABLE RICHARD G. STEARNS
UNITED STATES DISTRICT JUDGE

8-22-17.